

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00104-CV

———————————————

IN RE KRISTIN MCCORD, Relator

———

Original Proceeding
Probate Court No. 2 of Tarrant County, Texas
Trial Court No. 2023-PR03761-2-A

———

Before Kerr, Birdwell, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, emergency motion to stay proceedings, and emergency motion to expedite and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus, emergency motion to stay proceedings, and emergency motion to expedite are denied.

Per Curiam

Delivered: February 18, 2026